**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-2187

GLENDA FALWELL; KEVIN FALWELL,

      Plaintiffs - Appellants,

    v.

MICHAEL L. CHAPMAN; LOUDOUN COUNTY SHERIFF'S DEPARTMENT; KELLY MAIO, MH Clinician; DR. RICHARD CONNOR; LOUDOUN COUNTY MENTAL HEALTH DEPARTMENT; RASHIKA J. RENTIE; ERIC SHARINS; KAREN E. KIRKPATRICK; BUTA BIBERAJ, Prosecutor; STEWART MARCANTEL, Deputy; JUSTIN M. SPERLING, Deputy; BRANDON NOLAN, Officer; VICTORIA C. DRONSICK, Magistrate,

      Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:24-cv-01851-LMB-WBP)

Submitted:  May 15, 2025                    Decided:  May 19, 2025

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Glenda Falwell, Kevin Falwell, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenda Falwell and Keith Falwell seek to appeal the district court's order dismissing their 42 U.S.C. § 1983 complaint without prejudice and granting them leave to file an amended complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Britt v.* DeJoy, 45 F.4th 790, 796 (4th Cir. 2022). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*